CA 07 078

United States District Court of Rhode Island

Complainant: Foster F Fundi of 367 Simmonsville Avenue, Apt 3101, Johnston, RI 02919

Respondent: Citizens Financial Group Inc

I brought employment discrimination case before the Human Rights Commissioner.
On October 31, 2006 a Preliminary Investigating Commissioner carefully reviewed and considered the information gathered during the course of the investigation by members of the Commission staff. The commissioner has determined that there is "probable cause" to believe that the respondent has violated the Rhode Island Fair Employment Practices Act, Title 28, Chapter 5 of the General laws of Rhode Island. During the investigation period the respondent maintained that it was not discrimination but rather I got fired unconstitutionally because it was easy to replace me than the white manager who authorized the transaction

When the commission finds probable cause to believe that discrimination occurred, the state law provides that a party may choose to have the discrimination claim heard in Superior Court.
It is against this background that the Right to Sue Notice was issued to me on December 11, 2006.

I have worked for the bank from November 3, 2003. However I have just worked for three days at this particular branch (Johnston Stop & Shop branch # RI 114) by the time the incident happened.
I am an in-store banker as such we do teller work like cashing checks for customers.
This particular day a customer came to cash a check for $8000.00 drawn on our bank.
Facts:

- Customer had no account with us
- Customer had proper identification (state ID and Debit card which constitute a primary ID according to the bank policy)
- The manager has to authorize by signing and taking responsibility of it at his or her own discretion to cash check with that amount

Being new at the branch and knowing the bank procedure, I did not feel comfortable to cash the check for the customer mainly because she had no account with us and the amount was too large even though we are legally allowed to cash such checks after the approval of the manager.

After the customer presented the two ID's described above I went to show my assistant manager and told him the customer has no account with us. He said it is okay to cash the check since he knows the customer and he SIGNED THE CHECK BY PUTTING HIS EMPLOYEE NUMBER AT THE BACK OF THE CHECK. That was enough authority for me to cash the check however I still went to verify the check through our check imaging and documented it.

When cashing it three error messages came up on the computer screen

1. Amount greater than $5000.00
2. Serial number out of range
3. amount greater than average

I did not want to cash the check even though he signed it due to the error above per bank policy and procedures. I tried to contact the owner of the account but my assistant manager said "IT IS OKAY TO CASH IT AND SIGNED IT AGAIN BY OVERRIDING IT ON THE COMPUTER". He is my boss/supervisor I had to follow what he tells me to do otherwise it is insubordination.
The bank policy clearly says you sign or override any bank document; you take responsibility of that document's content. I cashed the check as per my manager's instruction.

A month later I was called to the security office and told the check was reported stolen.
I tried to recall what happened that day which was a month ago and explained as much as I could remember.
I asked if I could watch the security tape to refresh my memory because it happened long time ago but they refused.
They let me go and somebody from cash items called me and asked what happened that day. I explained again to her and she said I was not responsible for the loss but my manager who signed it and override according to the bank policy. She told me she was going to put the loss to the manager's shortages/averages account.
Later that afternoon I was called again to the security office and one of the ladies who were asking me question did not even want to listen to what I was trying to explain to her and she got up angry and came back later to my surprise with my regional manager.
The regional manager said there was a loss as such she is terminating my services.
I tried to explain to her and ask her to bring the manager together with me so that he could collaborate with what I said but she said no.

WHY I THINK THE DECISSION WAS RACIALLY MOTIVATED?
FACTS:

- I am black and the manager is white
- The two ladies who were interrogating me were not interested to understand or hear what I was telling them which indicates they made up their mind to fire somebody and the only option was me, defenseless person without anybody to back me up

- The very first day I started at the branch three customers who I never met commented on separate times saying "are you a tough man? What made you think you will last at this branch? All black people never last. Do your research before you accept a position young man!". I went home told my wife. She said there is no smoke without fire, be careful. It never made sense to me then.

- Since then the comments from customers have been constant concerning how the management at this branch treat black employees. These comments have been coming from both white and black customers who did not like the way how other previous black employees were treated as second class.
- These comments from customers make sense now to me.
- I concluded with all my heart and honesty that the decision was made to terminate my services with the bank not because I did something wrong but because I am black and they had to fire somebody. It is a cover up trying to protect somebody.

I am a good person well qualified striving to provide for my family like anybody else. I have left my family for weeks after being recommended by my previous regional manager to help train bank employees in New York and Chicago through Charter One Bank which Citizens acquired recently, hoping someday, somewhere, somebody will recognize my effort and contributions to the bank and be able to be promoted or have equal opportunity for promotion like anybody else. I was preparing for my third trip to Detroit the following Monday for another conversion phase the time my services were terminated. I love the bank. I have always wanted to work for Citizens Bank till retirement and hold an executive position or lead the franchise as the CEO.

I never believed in discrimination and prejudice my entire life, now the reality sets in. Now here I am facing the reality in a broad daylight.
This has entirely changed how I perceive people forever. I have lost trust in mankind. I have suffered physically, emotionally and psychologically. I am always angry with my wife, 3 year old son, 22-year-old stepdaughter and my 75-year-old mother in- law for no reason. I can hardly eat and reason properly. My life has been changed forever. I can hardly face my family any more. I feel like running away from my family. I have vowed not to have any more children. I don't want them to face the same world I am in. It is very painful. How could man be so cruel, so hateful! How long are we going to be discriminated against? We have suffered enough as a race! This is 21st century, when will this torture, unethical, immoral, inhuman treatment of people of other race stop. Where is the land of opportunity for everybody? How loud we have to cry that somebody will hear us. What is the purpose of living then!

I Foster F Fundi hereby swore before the authority that I am a resident of town of Johnston and standby statements made above in honesty and my address is 367 Simmonsville ave apt 3101, Johnston, Rhode Island 02919

FOSTER F. FUNDI
367 SIMMONSVILLE AVE APT 3101
JOHNSTON RI 02919
2/28/7 [signature]