UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PLAINTIFF:

FOSTER F. FUNDI

CA 07 078

Vs

CITIZENS FINANCIAL GROUP INC

MOTION TO APPOINT COUNSEL

I Foster F. Fundi seek the District Court of Rhode Island to appoint counsel on my behalf. I have exhausted all available resources to pay for attorney.

Fundi 2/28/7