UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FOSTER F. FUNDI | : | |
| | : | |
| v. | : | C.A. No. 07-78ML |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. | : | |

**ORDER**

Before the Court for determination is Plaintiff Foster F. Fundi's Application to Proceed Without Prepayment of Fees or Costs (Document No. 2) including the $350.00 civil case filing fee. See 28 U.S.C. § 1915. Although Plaintiff's Application discloses his current annual salary, it does not disclose his wife's income, if any, or the family's debts and monthly expenses. Thus, the Court does not presently have sufficient information regarding Plaintiff's finances to rule on his Application. Attached to this Order is a Financial Affidavit form. Plaintiff shall, by March 16, 2007, fully complete and file this Financial Affidavit with the Court. After receiving this Financial Affidavit, the Court will rule on Plaintiff's Application.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 5, 2007