UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FOSTER F. FUNDI :
:
v. : C.A. No. 07-78ML
:
CITIZENS FINANCIAL GROUP, INC. :

**ORDER**

This matter comes before the Court on Plaintiff Foster F. Fundi's Motion to Appointment Counsel (Document No. 3). Plaintiff's Motion is DENIED. There is no legal right to an attorney in a civil case. DesRosiers v. Moran, 949 F.2d 15, 23-24 (1st Cir. 1991). Further, there is no mechanism available in this Court to appoint attorneys to represent civil litigants or to assist civil litigants in finding an attorney. If Plaintiff needs assistance in locating an attorney, he may consider contacting the Rhode Island Bar Association's Lawyer Referral Service (401-421-7799) or Volunteer Lawyer Program (401-421-7758).

From a review of the documents filed in this case to the present time, Plaintiff has shown a basic understanding of the legal procedures to be followed. Thus, the Court determines that Plaintiff does not have any legal right to court-appointed counsel and will, therefore, be required to continue to prosecute this action pro se unless and until he obtains counsel to appear in this case and represent him.

IT IS THEREFORE ORDERED, that Plaintiff's Motion to Appoint Counsel (Document No. 3) is DENIED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 5, 2007