UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FOSTER F. FUNDI | : | |
| | : | |
| v. | : | C.A. No. 07-78ML |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. | : | |

**ORDER**

Before the Court for determination is Plaintiff Foster F. Fundi's Application to Proceed Without Prepayment of Fees or Costs (Document No. 2) including the $350.00 civil case filing fee. See 28 U.S.C. § 1915. Although Plaintiff's Application disclosed his current annual salary, it did not disclose his wife's income, if any, or the family's debts and monthly expenses. Thus, the Court ordered Plaintiff to submit additional financial information in support of his Application. Plaintiff did so in the form of a Financial Affidavit timely filed on March 16, 2007. For the following reasons, Plaintiff's Motion is GRANTED in part and he is only partially excused from paying the civil case filing fee of $350.00 required by 28 U.S.C. § 1914.

The financial information provided by Plaintiff indicates that both he and his wife are currently employed. They collectively earn approximately $6,600.00 in salary each month. They rent an apartment, have a small amount of cash on hand ($56.00 as of February 28, 2007) and own two cars totaling $4,300.00 in value. He lists his son (age three), step-daughter (age twenty-two) and mother-in-law (age seventy-five) as dependents. Finally, he disclosed debt (student loan and credit cards) of $55,000.00 and monthly expenses of approximately $3,000.00 including rent, loan and credit card payments, daycare, car payment and insurance. Plaintiff does not list any monthly expenses for food, medical, clothing or personal hygiene items which the family presumably has.

This Court's rough calculation of the family's monthly take-home earnings and total monthly expenses suggests that there is little, if any, excess cash in the family budget. However, given the total family income, this Court cannot conclude that Plaintiff is completely unable, due to poverty, to pay some of the civil case filing and still provide for his dependents. Thus, Plaintiff's Application is GRANTED in part. Plaintiff shall pay a partial filing fee of $175.00 (one-half of the normal $350.00) by April 30, 2007. Plaintiff is advised that failure to pay this partial filing fee by April 30, 2007 will result in dismissal of his case.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 20, 2007