**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FOSTER FUNDI,<br>Plaintiff | : | CIVIL ACTION<br>NO. 2:07-CV-00078-ML-LDA |
| | : | |
| V. | : | |
| | : | |
| CITIZENS FINANCIAL GROUP, INC.<br>Defendant | : | MARCH 22, 2007 |

**APPEARANCE**

Please enter the appearance of the undersigned as counsel for the Defendant Citizens Financial Group, Inc., in the above-captioned matter.

THE DEFENDANT
CITIZENS FINANCIAL GROUP, INC.

By: ______________________

Kristi E. Mackin (ri07257)
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
860-275-6417
kmackin@thelen.com

**CERTIFICATION**

This is to certify that on this 22nd day of March 2007, I hereby mailed a copy of the foregoing Appearance to:

Mr. Foster Fundi
367 Simmonsville Avenue
Apartment 3101
Johnston, RI 02919

Kristi E. Mackin