**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FOSTER FUNDI,<br>Plaintiff | : | CIVIL ACTION<br>NO. 2:07-CV-00078-ML-LDA |
| V. | : | |
| CITIZENS FINANCIAL GROUP, INC.<br>Defendant | : | MARCH 22, 2007 |

**MOTION FOR ADMISSION OF BEVERLY W. GAROFALO PRO HAC VICE**

Defendant Citizens Financial Group, Inc. ("Citizens") hereby moves that Beverly W. Garofalo be admitted *pro hac vice* in the above case as counsel with local counsel identified below.

THE DEFENDANT
CITIZENS FINANCIAL GROUP, INC.

By:____________________

Kristi E. Mackin (ri07257)
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6417
Fax: (860) 275-6410

## CERTIFICATION

This is to certify that on this 22nd day of March 2007, I hereby mailed a copy of the foregoing Motion for Admission of Beverly W. Garofalo Pro Hac Vice to:

Mr. Foster Fundi
367 Simmonsville Avenue
Apartment 3101
Johnston, RI 02919

Kristi E. Mackin

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FOSTER FUNDI,<br>Plaintiff | : | CIVIL ACTION<br>NO. 2:07-CV-00078-ML-LDA |
| V. | : | |
| CITIZENS FINANCIAL GROUP, INC.<br>Defendant | : | MARCH 22, 2007 |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the State of Connecticut and U.S. District Court for the District of Connecticut, U.S. District Court for the Southern District of New York, the U.S. Court of Appeals for the Second Circuit and the U.S. Court of Appeals for the Fourth Circuit.

2. I have never been disciplined or sanctioned by any court or any other body having disciplinary authority over attorneys, there are no disciplinary proceedings pending against me at this time, and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in this case.

Beverly W. Garofalo
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6404
Fax: (860) 275-6410

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Kristi E. Mackin (ri07257)
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6417
Fax: (860) 275-6410

**ORDER**

This motion is hereby ________________________________

________________________________
District Judge

Date: