**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FOSTER FUNDI,<br>Plaintiff | : | CIVIL ACTION<br>NO. CA-07-078-ML-LDA |
| V. | : | |
| CITIZENS FINANCIAL GROUP, INC.<br>Defendant | : | MARCH 30, 2007 |

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel of record for Defendant Citizens Bank of Rhode Island ("Citizens"), incorrectly named herein as Citizens Financial Group, Inc. ("CFG"), hereby certifies that:

- Citizens is a privately held, non-governmental party, and is wholly owned by CFG.
- CFG is a privately held, non-governmental party. CFG is owned by RBSG International Holdings Limited (majority holder) and RBS CBFM North America (minority holder). Neither Company is publicly held.

THE DEFENDANT
CITIZENS FINANCIAL GROUP, INC.

By: ______________________
Kristi E. Mackin (ri07257)
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
860-275-6417
kmackin@thelen.com

**CERTIFICATION**

This is to certify that on this 30th day of March 2007, I hereby mailed a copy of the foregoing Statement Pursuant To Fed. R. Civ. P. 7.1 to:

Mr. Foster Fundi
367 Simmonsville Avenue
Apartment 3101
Johnston, RI 02919

______________________
Kristi E. Mackin