UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FOSTER FUNDI :
:
v. : C.A. No. 07-78ML
:
CITIZENS FINANCIAL GROUP, INC. :

**MEMORANDUM AND ORDER**

Before the Court for determination is Defendant's Motion for a More Definite Statement. (Document No. 11). Plaintiff did not file a timely objection. LR Cv 7(b)(1). A hearing was held on April 27, 2007. For the reasons stated at the hearing, Defendant's Motion (Document No. 11) is GRANTED. Plaintiff is ORDERED to file an Amended Complaint by May 31, 2007. As explained to Plaintiff at the hearing, the Amended Complaint must reasonably comply with Rules 8 and 10 of the Federal Rules of Civil Procedure and Civil Rule 5 of this Court's Local Rules. Plaintiff is further advised that failure to comply with this ORDER may result in dismissal of this action.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
April 27, 2007