UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FOSTER FUNDI, Plaintiff | : | CIVIL ACTION NO. CA-07-078-ML-LDA |
| V. | : | |
| CITIZENS FINANCIAL GROUP, INC. [sic] Defendant | : | MAY 31, 2007 |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FAILURE TO PROMOTE CLAIM AND MOTION TO STRIKE**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Citizens Bank of Rhode Island, Inc. ("Citizens"),[1] hereby moves to dismiss plaintiff Foster Fundi's claim that Citizens failed to promote him on account of his race, as contained in Paragraph 7 of the Amended Complaint filed May 16, 2007. As set forth more fully in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Failure to Promote Claim and Motion to Strike ("Memorandum"), this claim is subject to dismissal due to plaintiff's failure to plead any facts whatsoever to support this claim.

In addition, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Citizens also moves to strike specific allegations in the Amended Complaint concerning the findings of the Rhode Island Commission for Human Rights, contained in an unnumbered paragraph in Page One of the Amended Complaint, and an allegation concerning a statement allegedly made by

Citizens' attorney during the course of a fact-finding conference conducted by the Rhode Island Commission for Human Rights contained in Paragraph 6 of the Amended Complaint. As

[1] Although the caption of the Amended Complaint identifies Citizens Financial Group, Inc. as the party defendant, in his Amended Complaint, plaintiff asserts that he "[amends] the defendant's name from Citizens Financial Group to Citizens Bank of Rhode Island."

set forth more fully in the accompanying Memorandum, these allegations should be stricken inasmuch as they are immaterial, prejudicial, and/or privileged.

**WHEREFORE**, for all of the foregoing reason, Citizens respectfully requests that this Court grant its Motion to Dismiss Plaintiff's Failure to Promote Claim and Motion to Strike.

THE DEFENDANT
CITIZENS BANK OF RHODE ISLAND, INC.

By: /s/ Kristi E. Mackin
Kristi E. Mackin (ri07257)
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
860-275-6417
kmackin@thelen.com

**CERTIFICATION**

I hereby certify that on May 31, 2007, a copy of the foregoing Motion to Dismiss Plaintiff's Failure to Promote Claim was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mr. Foster Fundi
367 Simmonsville Avenue
Apartment 3101
Johnston, RI 02919

/s/ Kristi E. Mackin
Kristi E. Mackin