**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| FOSTER FUNDI, Plaintiff | : | CIVIL ACTION NO. 2:07-CV-00078-ML-LDA |
| | : | |
| V. | : | |
| | : | |
| CITIZENS FINANCIAL GROUP, INC. Defendant | : | JULY 2, 2007 |

**MOTION FOR CONTINUANCE**

The Defendant Citizens Financial Group, Inc., through undersigned counsel, hereby requests a continuance of the hearing on Motion to Dismiss currently scheduled for July 16, 2007. The undersigned counsel who will be arguing this matter will be on vacation on this day and unavailable until the following week. Therefore, counsel requests that this matter be continued for two weeks and rescheduled at the Court's convenience. This is the first request for a continuance. Plaintiff has no objection to a continuance.

THE DEFENDANT
CITIZENS FINANCIAL GROUP, INC.

By: /s/ Kristi E. Mackin

Kristi E. Mackin (ri07257)
Thelen Reid Brown Raysman & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
860-275-6417
kmackin@thelen.com

**CERTIFICATION**

I hereby certify that on July 2, 2007, a copy of the foregoing Motion for Continuance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

This is to further certify that on this 2nd day of July 2007, I hereby mailed a copy of the foregoing via U.S. Mail and Certified Mail, Return Receipt Requested, to:

Mr. Foster Fundi
367 Simmonsville Avenue
Apartment 3101
Johnston, RI 02919

/s/ Kristi E. Mackin
Kristi E. Mackin