UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FOSTER FUNDI

v. CA 07-078 ML

CITIZENS BANK OF RHODE ISLAND

MEMORANDUM AND ORDER

This matter was referred to Magistrate Judge Almond on Defendant's Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and Defendant's Motion to Strike. Magistrate Judge Almond recommends denial of the Motion to Strike and granting the Motion to Dismiss.

Neither party has filed an objection. This Court adopts the Report and Recommendation in its entirety. For the reasons set forth in the Report and Recommendation, Defendant's Motion to Strike is DENIED, and Defendant's Motion to Dismiss as to the failure to promote claim is GRANTED with leave for Plaintiff to further amend his complaint within 30 days of the date of this order.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
August 21, 2007