UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FOSTER FUNDI

v. CA 07-078 ML

CITIZENS BANK OF RHODE ISLAND

# ORDER

On August 21, 2007, this Court issued an order adopting the recommendation of Magistrate Judge Almond that Plaintiff be granted leave to file an amended complaint. Plaintiff has not filed an amended complaint, therefore, this case is DISMISSED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
September 26, 2007