# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**FOSTER FUNDI**

**VS.** **C.A. NO. 07-78ML**

**CITIZENS BANK OF RHODE ISLAND**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, Citizens Bank of Rhode Island, against the plaintiff, Foster Fundi, pursuant to the Order dated September 26, 2007 DISMISSING the complaint.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: September 26, 2007